JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK RAINS,<br><br>        Plaintiff,<br><br>   v.<br><br>HEARST MEDIA PRODUCTION GROUP, LLC, et al.,<br><br>        Defendants. | Case No.  CV 23-1432-GW-MAAx<br><br>**ORDER TO DISMISS** |

Based upon the Notice of Dismissal [17] filed on November 10,2 023, it is hereby ORDERED that this action is dismissed in its entirety.

IT IS SO ORDERED.

Dated: November 13, 2023

_____
HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE